UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Brent Renwick Drewry : Case #: 04-61439
       Leslie Rae Drewry

: Chapter 13

: Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: January 19, 2010         /s/ Frank M. Pees
        Frank M. Pees
        Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| GATEGOURMET CREDIT UNION<br>5100 POPLAR AVE<br>MEMPHIS TN 38137 | $307.09 |